IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, NORTH CAROLINA, CALIFORNIA, FLORIDA, GEORGIA, ILLINOIS, INDIANA, LOUISIANA, NEVADA, NEW JERSEY, NEW MEXICO, OKLAHOMA, TENNESSEE, TEXAS and VIRGINIA, *ex rel.* THOMAS L. MASON, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC., <br><br> Defendant. | FILED *IN CAMERA* AND UNDER SEAL <br><br> File No. 3:12-CV-817 |

## ORDER

AND NOW, this ____ day of July, 2014, at such time as the United States files the notice with the fully executed Settlement Agreement in the above-captioned case, it is

ORDERED as follows:

1. The following documents only shall be unsealed:

   a. The United States' Notice of Intervention in Part and Declination in Part;

   b. Relator's complaint; and

   c. This Order.

2. All other papers or Orders on file in these matters as of the date of this Order shall remain under seal.

3. The Notice with the fully executed Settlement Agreement and all documents filed in this action after the filing of the Notice with the fully executed Settlement Agreement shall be unsealed.

BY THE COURT:

*[signature]*
HONORABLE GRAHAM C. MULLEN
United States Senior District Judge