IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, NORTH CAROLINA, CALIFORNIA, FLORIDA, GEORGIA, ILLINOIS, INDIANA, LOUISIANA, NEVADA, NEW JERSEY, NEW MEXICO, OKLAHOMA, TENNESSEE, TEXAS and VIRGINIA, *ex rel*. THOMAS L. MASON, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC., <br><br> Defendant. | Case No. 3:12-CV-817 |

## ORDER

The United States, having intervened in part in this action for the purpose of effectuating the settlement agreement ("the Settlement Agreement") between the United States, all defendants, and relator Thomas L. Mason, M.D. ("Relator"), pursuant to the False Claims Act, 31 U.S.C. 3730(b)(2) and (4), and the United States and Relator having filed a Joint Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A),

**IT IS HEREBY ORDERED** that:

1. Consistent with the terms of the Settlement Agreement, the False Claims Act claims asserted by Relator in this action on behalf of the United States against all defendants for the Covered Conduct as defined in the Settlement Agreement are dismissed with prejudice;

2. Except for Relator's outstanding claims for statutory attorneys' fees and costs under 31 U.S.C. § 3730(d), the remaining False Claims Act claims asserted by Relator against all

defendants are dismissed with prejudice to Relator and without prejudice to the United States; and

3. The Court shall retain jurisdiction over the United States, all defendants, and Relator to the extent necessary to enforce the terms and conditions of the Settlement Agreement, and to adjudicate Relator's outstanding claims for statutory attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d).

**SO ORDERED**.

Signed: September 18, 2014

Graham C. Mullen
United States District Judge