# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> NORTH CAROLINA, CALIFORNIA, ) <br> FLORIDA, GEORGIA, ILLINOIS, ) <br> INDIANA, LOUISIANA, NEVADA, ) <br> NEW JERSEY, NEW MEXICO, ) <br> OKLAHOMA, TENNESSEE, TEXAS, ) <br> and VIRGINIA ) <br> <u>ex</u> <u>rel</u>. ) <br> THOMAS L. MASON, M.D., ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> COMMUNITY HEALTH SYSTEMS, INC. ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____) | CIVIL ACTION NO.: 3:12-CV-817 |

## ORDER

**THIS MATTER** is before the Court upon Plaintiff's Unopposed Motion for a Briefing Schedule (Doc. No. 31). After review of the Motion, the Court finds that the Motion is supported by good cause. It is therefore **ORDERED** that said Motion is **GRANTED**. The Court hereby directs as follows:

1. Plaintiff shall file his Response to Defendant's Motion to Transfer Relator's Claim for Attorneys' Fees and Costs by October 20, 2014;

2. Defendant shall file its Reply in support of the Motion to Transfer by November 3, 2014;

3. Following the Court's ruling on Defendant's Motion to Transfer, the parties will, if necessary, file legal memoranda regarding Plaintiff's entitlement, if any, under 31 U.S.C. § 3730(b)(5) to his attorneys' fees, costs, and expenses; and

4. Plaintiff's deadline for filing his Motion for Attorneys' Fees, Costs, and Expenses shall be stayed until a date to be requested by the parties following the Court's decision on the Motion to Transfer and any subsequent memoranda regarding Plaintiff's entitlement under 31 U.S.C. § 3730(b)(5) to his attorneys' fees, costs, and expenses.

**SO ORDERED**.

Signed: September 22, 2014

*[signature]*

Graham C. Mullen
United States District Judge