IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, NORTH CAROLINA, CALIFORNIA, FLORIDA, GEORGIA, ILLINOIS, INDIANA, LOUISIANA, NEVADA, NEW JERSEY, NEW MEXICO, OKLAHOMA, TENNESSEE, TEXAS and VIRGINIA, *ex rel*. THOMAS L. MASON, M.D., <br><br> Plaintiffs, <br><br> vs. <br><br> COMMUNITY HEALTH SYSTEMS, INC., <br><br> Defendant. | Case No. 3:12-CV-817 |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Richard A. Sauber,** filed September 17, 2014 [doc. # 29].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Sauber is admitted to appear before this court *pro hac vice* on behalf of defendant, Community Health Systems, Inc..

**SO ORDERED.**

Signed: September 24, 2014

*[signature]*

Graham C. Mullen
United States District Judge

SEALED DOCUMENT with access to Court Only.