IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, NORTH CAROLINA, CALIFORNIA, FLORIDA, GEORGIA, ILLINOIS, INDIANA, LOUISIANA, NEVADA, NEW JERSEY, NEW MEXICO, OKLAHOMA, TENNESSEE, TEXAS and VIRGINIA, *ex rel*. THOMAS L. MASON, M.D.,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMUNITY HEALTH SYSTEMS, INC.,<br><br>Defendant. | Case No. 3:12-CV-817 |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Michael L. Waldman,** filed September 17, 2014 [doc. # 28].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Waldman is admitted to appear before this court *pro hac vice* on behalf of defendant, Community Health Systems, Inc..

**SO ORDERED.**

Signed: September 24, 2014

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge

SEALED DOCUMENT with access to Court Only.