**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| NORTH CAROLINA, CALIFORNIA, | ) | CIVIL ACTION NO.: 3:12-CV-817 |
| FLORIDA, GEORGIA, ILLINOIS, | ) | |
| INDIANA, LOUISIANA, NEVADA, | ) | |
| NEW JERSEY, NEW MEXICO, | ) | |
| OKLAHOMA, TENNESSEE, TEXAS, | ) | |
| and VIRGINIA | ) | |
| ex rel. | ) | |
| THOMAS L. MASON, M.D., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMUNITY HEALTH SYSTEMS, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**THIS MATTER** is before the Court *sua sponte* and in reference to its previous order setting a response deadline for Relator's Motion to Change Venue (Doc. No. 32). The parties have notified the Court that they have resolved this dispute and request that the Court suspend its previously ordered filing deadlines. The Court will therefore suspend those deadlines as the parties finalize the resolution of this case.

**SO ORDERED.**

Signed: October 16, 2014

Graham C. Mullen
United States District Judge