# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> NORTH CAROLINA, CALIFORNIA, ) <br> FLORIDA, GEORGIA, ILLINOIS, ) <br> INDIANA, LOUISIANA, NEVADA, ) <br> NEW JERSEY, NEW MEXICO, ) <br> OKLAHOMA, TENNESSEE, TEXAS, ) <br> and VIRGINIA ) <br> ex rel. ) <br> THOMAS L. MASON, M.D., ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> COMMUNITY HEALTH SYSTEMS, INC. ) <br> ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO.: 3:12-CV-817 |

## ORDER

**THIS MATTER** is before the Court *sua sponte*. Following a notice of voluntary dismissal from the parties (Doc. No. 24), the Court issued an order on September 18, 2014 dismissing the claims in this case with the exception of the Relator's outstanding claims for statutory attorneys' fees and costs under 31 U.S.C. § 3730(d). (Doc. No. 30). Subsequently, the parties notified the Court that they had settled the case; the Court thereafter suspended filing deadlines in this case while the parties worked to finalize their settlement. The parties have now notified the Court that they have finalized their settlement and that this case is resolved. The Court, therefore, finds that this matter is fully resolved.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Change Venue (Doc. No. 26) is terminated as **MOOT**. The Clerk of Court is directed to close this civil case.

**SO ORDERED.**

Signed: January 8, 2015

Graham C. Mullen
United States District Judge